# ATTACHMENT A

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/21/2015 3:51:50 PM

CHRISTOPHER A. PRINE
Clerk

**Subject:** Notice(s): 01-15-00175-CV

**From:** COA1NoticingService@txcourts.gov (COA1NoticingService@txcourts.gov)

**To:** lchampion@sbcglobal.net;

**Date:** Saturday, July 11, 2015 4:02 AM

You have received notice(s) for the following case(s):

01-15-00175-CV
TC #2013-09984
Manowar Aziz and AB Transport and Trucking v. Abdul Waris, Individually, and on behalf of Progressive Trucking, Inc., as shareholder

Files
XBRIEF DISP_GRANT__FILECOPY.pdf
BRIEF FLD YES_ANT or APP_FILECOPY.pdf

Thank you,
Christopher A. Prine
First Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (713) 274-2700.

# ATTACHMENT B



